# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3:16-cv-2832 |
| ) | Judge Aleta A. Trauger |
| i3 VERTICALS, LLC ) ) | |
| Defendant. ) | |

## ORDER

For the reasons set out in the accompanying memorandum, i3 Verticals' Motion for Reconsideration (Docket No. 72), Starr's Motion for Judgment on the Pleadings (Docket No. 81), and Starr's Motion to Dismiss Counterclaim (Docket No. 79) are hereby DENIED.

It is so ORDERED.

ENTER this 7th day of August 2018.

_____
ALETA A. TRAUGER
United States District Judge